AT-138, EJ-125

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Nicole E. Wurscher, SBN: 245879<br>Walraven & Westerfeld LLP<br>101 Enterprise, Suite 350<br>Aliso Viejo, CA 92656<br>TELEPHONE NO.: 949-215-1990  FAX NO.: 949-215-1999<br>ATTORNEY FOR (Name): PLAN BOARD OF SUNKIST RETIREMENT PLAN | **FILED**<br>FEB - 1 2013<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY CLERK |

NAME OF COURT: U.S. District Court, Eastern District of California
STREET ADDRESS: 2500 Tulare Street
MAILING ADDRESS:
CITY AND ZIP CODE: Fresno, CA 93721
BRANCH NAME: Fresno

PLAINTIFF: PLAN BOARD OF SUNKIST RETIREMENT PLAN

DEFENDANT: HARDING & LEGGETT, INC.

| APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION | CASE NUMBER: |
|---|---|
| [✓] ENFORCEMENT OF JUDGMENT [ ] ATTACHMENT (Third Person)<br>[✓] Judgment Debtor [ ] Third Person | 1:12-mc-00048-BAM<br>CV05-8659 AG (RCx) |

**ORDER TO APPEAR FOR EXAMINATION**

1. TO (name): HARDING & LEGGETT, INC.
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [✓] furnish information to aid in enforcement of a money judgment against you.
   b. [ ] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Date: March 8, 2013 Time: 9:00 A.M. Dept. or Div.: 8 Rm.: 6th Floor
Address of court [X] shown above [ ] is:

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person (name):

Date: 2/1/13 _____ JUDGE OR REFEREE

This order must be served not less than 10 days before the date set for the examination.
**IMPORTANT NOTICES ON REVERSE**

**APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION**

4. [✓] Judgment creditor [ ] Assignee of record [ ] Plaintiff who has a right to attach order
applies for an order requiring (name): HARDING & LEGGETT, INC. to appear and furnish information
to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   a. [✓] the judgment debtor.
   b. [ ] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. [✓] This court is not the court in which the money judgment is entered or (attachment only) the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: November 20, 2012

Nicole E. Wurscher _____
(TYPE OR PRINT NAME) (SIGNATURE OF DECLARANT)

(Continued on reverse)

Form Adopted for Mandatory Use<br>Judicial Council of California<br>AT-138, EJ-125 (Rev. July 1, 2000)

**APPLICATION AND ORDER
FOR APPEARANCE AND EXAMINATION
(Attachment—Enforcement of Judgment)**

Code of Civil Procedure,
§§ 491.110, 708.110, 708.120

## APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)

**NOTICE TO JUDGMENT DEBTOR**   If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

## APPEARANCE OF A THIRD PERSON
## (ENFORCEMENT OF JUDGMENT)

**(1) NOTICE TO PERSON SERVED**   If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

**(2) NOTICE TO JUDGMENT DEBTOR**   The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt. This property or debt is as follows *(Describe the property or debt using typewritten capital letters)*:

If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you must file your exemption claim in writing with the court and have a copy personally served on the judgment creditor not later than three days before the date set for the examination. You must appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.

## APPEARANCE OF A THIRD PERSON (ATTACHMENT)

**NOTICE TO PERSON SERVED**   If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.

## APPEARANCE OF A CORPORATION, PARTNERSHIP,
## ASSOCIATION, TRUST, OR OTHER ORGANIZATION

It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.

**APPLICATION AND ORDER**
**FOR APPEARANCE AND EXAMINATION**
(Attachment—Enforcement of Judgment)

1   **LARRY A. WALRAVEN (S.B. #143327)**
    lwalraven@calemployerlaw.com
2   **NICOLE E. WURSCHER, (S.B. #245879)**
    awilliamson@calemployerlaw.com
3   **WALRAVEN & WESTERFELD LLP**
    101 Enterprise, Suite 350
4   Aliso Viejo, California 92656
    Telephone:   (949) 215-1990
5   Facsimile:    (949) 215-1999  .

6
    Attorneys for Plaintiff PLAN BOARD OF SUNKIST
7   RETIREMENT PLAN

8
                    **UNITED STATES DISTRICT COURT**
9
           **EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION**
10

11

| | |
|---|---|
| PLAN BOARD OF SUNKIST RETIREMENT PLAN,<br><br>Plaintiff,<br><br>vs.<br><br>HARDING & LEGGETT, INC., and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. CV05-8659 AG (RCx)<br><br>[Hon. Andrew Guilford]<br><br>**AFFIDAVIT OF NICOLE E. WURSCHER IN SUPPORT OF PLAN BOARD OF SUNKIST RETIREMENT PLAN'S APPLICATION FOR ORDER TO APPEAR FOR JUDGMENT DEBTOR EXAMINATION** |
| HARDING & LEGGETT, INC., and DOES 1 through 10, inclusive,<br><br>Counter Claimant<br><br>vs.<br><br>PLAN BOARD OF SUNKIST RETIREMENT PLAN; THE SUNKIST RETIREMENT PLAN; and ROES 1 through 10, inclusive,<br><br>Counter Defendants. | |

1      I, Nicole E. Wurscher, declare and state:

2      1.      The facts set forth below are known to me personally. If I were called as a

3 witness in this matter, I could and would testify competently to each fact so set forth.

4      2.      I am an associate in the law firm of Walraven & Westerfeld LLP, counsel

5 for plaintiff/counter-defendant Plan Board of Sunkist Retirement Plan (the "Plan Board"),

6 am admitted to practice law in the State of California, and am one of the attorneys

7 primarily responsible for the representation of the Plan Board in this matter.

8      3.      I make this declaration in support of the Plan Board's Application for Order

9 to Appear for Judgment Debtor Examination.

10      4.      This action was filed by the Plan Board on December 12, 2005. Trial

11 commenced before the Honorable Andrew Guilford, of the U.S. District Court for the

12 Central District of California on July 28, 2009. After three days, the bench trial concluded

13 on July 30, 2009.

14      5.      Judge Guilford signed his "Findings of Fact and Conclusions of Law" on

15 March 17, 2010. Judge Guilford found in favor of the Plan Board, and directed counsel to

16 prepare a Proposed Judgment.

17      6.      On April 13, 2010, Judge Guilford signed the Judgment, and Judgment was

18 entered by the Court Clerk in favor of plaintiff and counter-defendant Plan Board of

19 Sunkist Retirement Plan in the amount of $448,072.00, plus interest at 8% per annum

20 from October 6, 2005 until paid. Harding & Leggett took nothing on their counterclaims

21 against the Plan Board, and all counterclaims were dismissed with prejudice. (See Exhibit

22 A, Judgment.)

23      7. Defendant and counter-plaintiff Harding & Leggett appealed the Judgment.

24 The case was briefed and argued before the Ninth Circuit Court of Appeals on December

25 9, 2011. On December 23, 2011, the Ninth Circuit affirmed the trial court's ruling,

26 including the judgment in Sunkist's favor in the amount of $448,072.00.

27      8. On August 31, 2011, Judge Guilford issued an order granting the Plan Board's

28 Motion for Attorneys' Fees and awarded the Plan Board $322,370.00 in attorney fees and

DECLARATION OF NICOLE E. WURSCHER
CV05-8659 AG (RCx)

1

1   costs. On September 29, 2011, Judge Guilford signed the Judgment, and Judgment was

2   entered by the Clerk in the amount of $322,370.00.

3          9.  The parties entered into an amended payment and security agreement on

4   February 13, 2012, to provide for satisfaction of the judgments for unpaid withdrawal

5   liability, interest, and the attorney fees award over a period of time.

6          10.     Defendant Harding & Leggett, Inc. breached the amended payment and

7   security agreement by failing to make a scheduled payment in August 2012.  In October

8   2012, Defendant Harding & Leggett, Inc. advised Plaintiff and Judgment Creditor Plan

9   Board of Sunkist Retirement Plan that it intended to liquidate its assets with the intent to

10  cease business operations.  Accordingly, the Plan Board wishes to examine the judgment

11  debtor to determine what assets are available to satisfy the outstanding money judgment.

12         11.     Defendant Harding & Leggett, Inc.'s principal place of business as

13  registered with the California Secretary of State is in Orange Cove, Fresno County,

14  California, which is more than 150 miles from the Court where this judgment was entered.

15         12.     Pursuant to California Code of Civil Procedure, §708.150, "If a

16  [corporation] sought to be examined does not… have a place of business in the county

17  where the judgment is entered, the superior court in the county where the [corporation]…

18  has a place of business is the proper court for examination of the [corporation]."

19  Accordingly, plaintiff / counter-defendant Plan Board of Sunkist respectfully requests this

20  Court grant its Application for Order to Appear for Examination, filed herewith, so it may

21  proceed with the examination of the judgment debtor.

22         I declare under penalty of perjury under the laws of the State of California that the

23  foregoing is true and correct.

24         EXECUTED this 20th day of November 2012, at Aliso Viejo, California.

25

26                                              Nicole E. Wurscher

27

28

DECLARATION OF NICOLE E. WURSCHER
CV05-8659 AG (RCx)

2

1                             **PROOF OF SERVICE**

2          I am employed by the law firm of Walraven & Westerfeld LLP, and my business

3   address is 101 Enterprise, Suite 535, Aliso Viejo, California 92656.  I am over the age of

4   18 and not a party to the action.

5          On November 20, 2012 I served the foregoing described as

6         **APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION;**

7        **AFFIDAVIT OF NICOLE E. WURSCHER IN SUPPORT OF PLAN BOARD**
         **OF SUNKIST RETIREMENT PLAN'S APPLICATION FOR ORDER TO**

8            **APPEAR FOR JUDGMENT DEBTOR EXAMINATION**

9   on the interested parties in this action in the manner designated below:

10   Don E. Lanson
                                      Fax No. 805.379.3819

11   MANFREDI, LEVINE, ECCLES & MILLER
   3262 E. Thousand Oaks Boulevard, Suite 200

12   Westlake Village, CA 91362-3400

13

14   ☒ I am readily familiar with the firm's practice of collection and processing of
       correspondence for mailing with the United States Postal Service.  Under that

15      practice, the correspondence would be deposited in the United States Postal Service
       on that same day with postage fully paid prepaid in Aliso Viejo, California in the

16      ordinary course of business.  I am aware that on motion of the party served, service is
       presumed invalid if postage cancellation date or postage meter date is more than one

17      day after the date of deposit for mailing this affidavit.

18

19         I declare under penalty of perjury under the laws of the State of California and the

   United States that the foregoing is true and correct, and that I am employed in the office of

20   a member of the bar of this court at whose direction the service was made.

21         Executed on November 20, 2012, at Aliso Viejo, California.

22

23

24                                 _____

25                                      Kim Sullivan

26

27

28
                                        DECLARATION OF LARRY A. WALRAVEN
                                               CV05-8659 AG (RCx)