LARRY A. WALRAVEN (S.B. #143327)
lwalraven@calemployerlaw.com
NICOLE E. WURSCHER (S.B.#245879)
nwurscher@calemployerlaw.com
WALRAVEN & WESTERFELD LLP
101 Enterprise, Suite 350
Aliso Viejo, California 92656
Telephone:   (949) 215-1990
Facsimile:    (949) 215-1999

Attorneys for Creditor PLAN BOARD OF
SUNKIST RETIREMENT PLAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAN BOARD OF SUNKIST RETIREMENT PLAN,<br><br>Plaintiff,<br><br>vs.<br><br>HARDING & LEGGETT, INC.,<br><br>Defendant. | CASE NO.  1:12-mc-00048-BAM<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT DEBTOR EXAMINATION<br><br>Dept.:              8<br>Hon. Barbara A. McAuliffe |

**WHEREAS,** the Court has ordered Harding & Leggett, Inc. to appear for a Judgment Debtor Examination on March 8, 2013, at 9:00 a.m.;

**WHEREAS,** Defendant Harding & Leggett, Inc. ("Defendant") and Plaintiff Plan Board of Sunkist Retirement Plan ("Plan Board") are working together to informally provide information concerning Defendant's assets and the ownership structure of Defendant;

**WHEREAS,** the parties wish to avoid the time and expense of travel and appearance for the examination as currently scheduled if possible;

**NOW, THEREFORE,** the parties do hereby stipulate to continue the Judgment Debtor Examination to June 7, 2013, at 9:00 a.m. in Courtroom 8 of this

Court, the Honorable Barbara A. McAuliffe presiding, with any and all objections to the scope of the Judgment Debtor Examination and the Subpoena preserved.

DATED: March 4, 2013

        WALRAVEN & WESTERFELD LLP
        LARRY A. WALRAVEN
        NICOLE E. WURSCHER

        By _____
            Nicole E. Wurscher
        Attorneys for Plaintiff
        Plan Board of Sunkist Retirement Plan

DATED: March ____, 2013.

        KLEIN, DENATALE, GOLDNER, COOPER,
           ROSENLIEB & KIMBALL, LLP
        CHRISTIAN D. JINKERSON

        By _____
            Christian D. Jinkerson, Esq.
        Attorneys for Defendant
        Harding & Leggett, Inc.

## ORDER

Based on the above Stipulation of the Parties (Doc. 6), the Judgment Debtor Examination, currently set for March 8, 2013 is CONTINUED to June 7, 2013, at 9:00 AM, in Courtroom 8, before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated:  **March 5, 2013**     /s/ *Barbara A. McAuliffe*
                              UNITED STATES MAGISTRATE JUDGE