UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAN BOARD OF SUNKIST RETIREMENT PLAN, <br>     Plaintiff, <br> v. <br> HARDING & LEGGETT, INC., <br>     Defendant. | Case No.: 1:12-mc-00048-BAM <br><br> SECOND STIPULATION AND ORDER TO CONTINUE JUDGMENT DEBTOR EXAMINATION <br><br> (Doc. 7) |

    Based on the parties' Stipulation filed on May 22, 2013, (Doc. 7), the Judgment Debtor Examination, currently set for June 7, 2013 is CONTINUED to September 13 , at 9:00 AM, in Courtroom 8, before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated:   **May 23, 2013**　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1