**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PLAN BOARD OF SUNKIST RETIREMENT PLAN , <br>                    Plaintiff, <br><br>        v. <br><br> HARDING & LEGGETT, INC., <br><br>                Defendant. | Case No.: 1:12-mc-00048-BAM <br><br> SECOND STIPULATION AND ORDER TO CONTINUE JUDGMENT DEBTOR EXAMINATION <br><br> (Doc. 7) |

        Based on the parties' Stipulation filed on May 22, 2013, (Doc. 7), the Judgment Debtor Examination, currently set for June 7, 2013 is CONTINUED to September 13 , at 9:00 AM, in Courtroom 8, before Magistrate Judge Barbara A. McAuliffe.


IT IS SO ORDERED.

    Dated:   **May 23, 2013**                    ___/s/ *Barbara A. McAuliffe*___
                                        UNITED STATES MAGISTRATE JUDGE

1