LARRY A. WALRAVEN (S.B. #143327)
lwalraven@calemployerlaw.com
NICOLE E. WURSCHER (S.B.#245879)
nwurscher@calemployerlaw.com
WALRAVEN & WESTERFELD LLP
101 Enterprise, Suite 350
Aliso Viejo, California 92656
Telephone:  (949) 215-1990
Facsimile:   (949) 215-1999

Attorneys for Creditor PLAN BOARD OF SUNKIST RETIREMENT PLAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAN BOARD OF SUNKIST RETIREMENT PLAN,<br><br>Plaintiff,<br><br>vs.<br><br>HARDING & LEGGETT, INC.,<br><br>Defendant. | CASE NO.  1:12-mc-00048-BAM<br><br>THIRD STIPULATION AND ORDER TO CONTINUE JUDGMENT DEBTOR EXAMINATION<br><br>Dept.:            8<br>Hon. Barbara A. McAuliffe |

**WHEREAS,** pursuant to prior stipulation by the parties, the Court ordered Harding & Leggett, Inc. to appear for a Judgment Debtor Examination on September 13, 2013, at 9:00 a.m.;

**WHEREAS,** Defendant Harding & Leggett, Inc. ("Defendant") and Plaintiff Plan Board of Sunkist Retirement Plan ("Plan Board") are continuing to work together to informally provide information concerning Defendant's assets, liabilities, and the ownership structure of Defendant;

**WHEREAS,** Defendant has complied with the terms of the prior stipulation, and has provided the Plan Board with monthly status reports concerning its asset sales efforts; has provided monthly financial statements, including Profit & Loss statements; and has agreed to continue doing so going forward;

1  **WHEREAS,** the parties wish to avoid the time and expense of travel and
2  appearance for the examination as currently scheduled if possible;

3  **NOW, THEREFORE,** the parties do hereby stipulate to continue the
4  Judgment Debtor Examination to January 17, 2014, at 9:00 a.m. in Courtroom 8 of this
5  Court, the Honorable Barbara A. McAuliffe presiding, with any and all objections to
6  the scope of the Judgment Debtor Examination and the Subpoena preserved.

7  DATED:  August _13_, 2013

WALRAVEN & WESTERFELD LLP
LARRY A. WALRAVEN
NICOLE E. WURSCHER


By     /s/ Nicole E. Wurscher
             NICOLE E. WURSCHER
Attorneys for Plaintiff
Plan Board of Sunkist Retirement Plan

DATED:  August _13_, 2013.

KLEIN, DENATALE, GOLDNER, COOPER,
      ROSENLIEB & KIMBALL, LLP
CHRISTIAN D. JINKERSON


By     /s/ Christian D. Jinkerson
             CHRISTIAN D. JINKERSON
Attorneys for Defendant
Harding & Leggett, Inc.

/././

**ORDER**

Based on the stipulation of the parties, and for good cause shown, the judgment debtor examination currently set for September 13, 2013, is CONTINUED to January 17, 2013, at 9:00 AM, in Courtroom 8, before United States Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated:   **August 14, 2013**              /s/ *Barbara A. McAuliffe*
                                                         UNITED STATES MAGISTRATE JUDGE