LARRY A. WALRAVEN (S.B. #143327)
lwalraven@calemployerlaw.com
NICOLE E. WURSCHER (S.B.#245879)
nwurscher@calemployerlaw.com
WALRAVEN & WESTERFELD LLP
101 Enterprise, Suite 350
Aliso Viejo, California 92656
Telephone:  (949) 215-1990
Facsimile:   (949) 215-1999

Attorneys for Creditor PLAN BOARD OF SUNKIST RETIREMENT PLAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAN BOARD OF SUNKIST RETIREMENT PLAN,<br><br>Plaintiff,<br><br>vs.<br><br>HARDING & LEGGETT, INC.,<br><br>Defendant. | CASE NO.  1:12-mc-00048-BAM<br><br>FIFTH STIPULATION AND ORDER TO CONTINUE JUDGMENT DEBTOR EXAMINATION<br><br>Dept.:           8<br>Hon. Barbara A. McAuliffe |

**WHEREAS,** pursuant to prior stipulation by the parties, the Court ordered Harding & Leggett, Inc. to appear for a Judgment Debtor Examination on June 13, 2014, at 9:00 a.m.;

**WHEREAS,** Defendant Harding & Leggett, Inc. ("Defendant") and Plaintiff Plan Board of Sunkist Retirement Plan ("Plan Board") have agreed to continue to work together to informally provide information concerning Defendant's assets, liabilities, and the ownership structure of Defendant;

**WHEREAS,** Defendant has substantially complied with the terms of the prior stipulation, and has provided the Plan Board with some monthly status reports concerning its asset sales efforts; has provided some monthly financial statements,

including Profit & Loss statements; and has renewed its commitment to do so on a monthly basis going forward;

**WHEREAS**, on June 4, 2014, Defendant obtained new counsel to represent it in the current dispute;

**WHEREAS,** the parties wish to avoid the time and expense of travel and appearance for the examination as currently scheduled if possible;

**NOW, THEREFORE,** the parties do hereby stipulate to continue the Judgment Debtor Examination to August 15, 2014, at 9:00 a.m. in Courtroom 8 of this Court, the Honorable Barbara A. McAuliffe presiding, with any and all objections to the scope of the Judgment Debtor Examination and the Subpoena preserved.

DATED: June _9__, 2014     WALRAVEN & WESTERFELD LLP
                           LARRY A. WALRAVEN
                           NICOLE E. WURSCHER


                           By    /s/ Nicole E. Wurscher
                                    Nicole E. Wurscher
                           Attorneys for Plaintiff
                           Plan Board of Sunkist Retirement Plan

DATED: June _9__, 2014.    MURPHY AUSTIN ADAMS SCHOENFELD LLP
                           LISA D. NICOLLS


                           By    /s/ Lisa. D. Nicolls
                                    Lisa D. Nicolls
                           Attorneys for Defendant
                           Harding & Leggett, Inc.

## **ORDER**

Based on the parties' Stipulation filed on June 9, 2014, (Doc. 16), the Judgment Debtor Examination, currently set for June 13, 2014 is CONTINUED to August 15, 2014, at 9:00 AM, in Courtroom 8, before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated: **June 10, 2014**          /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE