RUSSELL W. REYNOLDS #138075
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 W. Shaw Ave., Ste. 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830
rreynolds@ch-law.com

Attorneys for Creditor, Plan
Board of Sunkist Retirement Plan

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PLAN BOARD OF SUNKIST RETIREMENT PLAN, | CASE NO. 1:12-mc-00048-BAM |
| Plaintiff, | **SIXTH STIPULATION AND ORDER TO CONTINUE JUDGMENT DEBTOR EXAMINATION** |
| v. | |
| HARDING & LEGGETT, INC., | DEPT: 8 |
| Defendant. | Honorable Barbara A. McAuliffe |

**WHEREAS**, pursuant to prior stipulation by the parties, the Court ordered Harding & Leggett, Inc. to appear for a Judgment Debtor Examination on August 15, 2014, at 8:30 a.m.;

**WHEREAS**, Defendant, Harding & Leggett, Inc. ("Defendant") and Plaintiff, Plan Board of Sunkist Retirement Plan ("Plan Board") have agreed to continue to work together to informally provide information concerning Defendant's assets, liabilities and the ownership structure of Defendant;

**WHEREAS**, Defendant has substantially complied with the terms of the prior stipulations and has provided the Plan Board with certain requested financial information. Further, the parties
/ / /

- 1 -

are working together to explore additional means to satisfy the Judgment;

**WHEREAS**, the parties wish to avoid the time and expense of travel and appearance for the examination as currently scheduled if possible;

**NOW, THEREFORE**, the parties do hereby stipulate to continue the Judgment Debtor Examination to November 21, 2014 at 9:00 a.m. in Courtroom 8 of this Court, the Honorable Barbara A. McAuliffe presiding, with any and all objections to the scope of the Judgment Debtor Examination and the Subpoena preserved.

COLEMAN & HOROWITT, LLP

DATED: August  12 , 2014.         By:   /s/ Russell W. Reynolds
                                         RUSSELL W. REYNOLDS
                                         Attorneys for Plaintiff,
                                         Plan Board of Sunkist
                                         Retirement Plan

MURPHY, AUSTIN, ADAMS,
SCHOENFELD, LLP

DATED: August  12 , 2014.         By:   /s/ Lisa D. Nicolls
                                         LISA D. NICOLLS
                                         Attorneys for Defendant,
                                         Harding & Leggett, Inc.

/./././

/././/

**ORDER**

Based on the stipulation of the parties, and for good cause shown, the Judgment Debtor Examination currently set for on August 15, 2014 is CONTINUED to November 21, 2014 at 9:00 a.m. in Courtroom 8, before United States Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated: **August 13, 2014**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE