LARRY A. WALRAVEN (S.B. #143327)
lwalraven@calemployerlaw.com
NICOLE E. WURSCHER (S.B.#245879)
nwurscher@calemployerlaw.com
WALRAVEN & WESTERFELD LLP
101 Enterprise, Suite 350
Aliso Viejo, California 92656
Telephone:  (949) 215-1990
Facsimile:   (949) 215-1999

RUSSELL W. REYNOLDS (S.B. #138075)
rreynolds@ch-law.com
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 W. Shaw Ave., Ste. 116
Fresno, California 93704
Telephone: (559)248-4820
Facsimile:  (559) 248-4830

Attorneys for Creditor PLAN BOARD OF SUNKIST RETIREMENT PLAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAN BOARD OF SUNKIST RETIREMENT PLAN,<br><br>Plaintiff,<br><br>vs.<br><br>HARDING & LEGGETT, INC.,<br><br>Defendant. | CASE NO.  1:12-mc-00048-BAM<br><br>STIPULATION AND ORDER TO TAKE JUDGMENT DEBTOR EXAMINATION OFF CALENDAR<br><br>Dept.:           8<br>Hon. Barbara A. McAuliffe |

**WHEREAS,** pursuant to prior stipulation by the parties and the Court's availability, the Court ordered Harding & Leggett, Inc. to appear for a Judgment Debtor Examination on January 23, 2015, at 9:00 a.m.;

1       **WHEREAS,** Defendant Harding & Leggett, Inc. ("Defendant") and Plaintiff Plan Board of Sunkist Retirement Plan ("Plan Board") have continued to work together to informally provide information concerning Defendant's assets, liabilities, and the ownership structure of Defendant;

      **WHEREAS,** Defendant has substantially complied with the terms of the prior stipulations, and has provided the Plan Board with various status reports concerning its asset sales efforts; has provided financial statements, including Profit & Loss statements; and has made substantial payments toward the Judgment(s) at issue;

      **WHEREAS,** the parties wish to avoid the time and expense of travel and appearance for the examination;

      **NOW, THEREFORE,** the parties do hereby stipulate to take the Judgment Debtor Examination, the Honorable Barbara A. McAuliffe presiding, OFF CALENDAR, with any and all objections to the scope of the Judgment Debtor Examination and the Subpoena preserved.

DATED: January _21___, 2015  WALRAVEN & WESTERFELD LLP
                                                       LARRY A. WALRAVEN
                                                        NICOLE E. WURSCHER

                                                       By  /s/ Nicole E. Wurscher
                                                              Nicole E. Wurscher
                                                       Attorneys for Plaintiff
                                                       Plan Board of Sunkist Retirement Plan

DATED: January _21___, 2015  COLEMAN & HOROWITT, LLP
                                                        RUSSELL W. REYNOLDS

                                                       By  /s/ Russell W. Reynolds
                                                              Russell W. Reynolds
                                                       Attorneys for Plaintiff
                                                     Plan Board of Sunkist Retirement Plan

DATED: January _21___, 2015.   MURPHY AUSTIN ADAMS SCHOENFELD LLP
LISA D. NICOLLS

By   /s/ Lisa D. Nicolls
Lisa D. Nicolls
Attorneys for Defendant
Harding & Leggett, Inc.

**ORDER**

Pursuant to the parties' stipulation, the judgment debtor hearing exam scheduled for January 23, 2015 at 9:00 a.m. is VACATED. The parties need not appear.

IT IS SO ORDERED.

Dated:   **January 21, 2015**       /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

3

STIPULATION & ORDER TO TAKE JUDGMENT DEBTOR EXAM OFF CALENDAR
1:12-mc-00048-BAM